UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Brenda Rice−Davis

             Plaintiff,

v.                 Case No.: 1:15−cv−06348
                 Honorable Sharon Johnson Coleman

Housing Authority of Cook County, et al.

             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 11, 2015:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motion to remand [12] is denied without prejudice, given that the facts that would support remand and/or this Court's jurisdiction are at issue. Based on its review, the Court further believes that this case and plaintiff could benefit from the assistance of counsel on plaintiff's behalf. Accordingly, the Court will make an appointment for counsel to assist the plaintiff. The briefing schedule previously set for defendants' motion to dismiss [9] is suspended. Status hearing set for 9/28/2015 at 9:45 am for appointed counsel to file an appearance and appear. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.