UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Brenda Rice–Davis

                        Plaintiff,

v.                                     Case No.: 1:15–cv–06348
                                     Honorable Sharon Johnson Coleman

Housing Authority of Cook County, et al.

                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 28, 2015:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 9/28/2015. Defendants' motion to dismiss [9] is entered and continued. Status hearing set for 10/30/2015 at 09:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.