IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Rice-Davis , <br><br> Plaintiff(s), <br><br> v. <br><br> Housing Authority of Cook County, et al, <br><br> Defendant(s). | Case No. 15 C 6348 <br> Judge Sharon Johnson Coleman |

### **ORDER**

Plaintiff's motion for reconsideration [20] is granted. This Court orders that this case be remanded to the Circuit Court of Cook County, Illinois forthwith, and awards the plaintiff her court costs pursuant to 28 U.S.C. 1447(c). This Court withholds its judgment as to the award of attorney's fees, pending receipt of a petition and affidavit setting forth the plaintiff's attorney's fees and court costs. Status hearing set to 2/19/2016 is hereby stricken.

Date: 12/11/2015

/s/ Sharon Johnson Coleman
Sharon Johnson Coleman
United States District Court Judge